with costs to the respondent. All concur. (The decree adjudges that certain personal property belongs to the estate of decedent and should be turned over to the administrator by claimant or her attorney.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

RUTH L. LEACH, Respondent, v. DAVID JORDAN et al., Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover money loaned. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ.

PETER LAMBERT, an Infant, by GUY LAMBERT, His Guardian ad Litem, Appellant, v. EDWARD F. BOCCARD, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ.

GUY LAMBERT, Appellant, v. EDWARD F. BOCCARD, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ.

EDMUND R. WALKER, Respondent, v. RING OPTICAL COMPANY, INC., et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (The order grants plaintiff's motion to examine defendants before trial, in an action on a contract.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

In the Matter of the Petition of ROCATELLA COSTA, Appellant, for the Removal of the Body of ANGELO COSTA, Deceased. ST. JOHN'S CHURCH et al., Doing Business as CALVARY CEMETERY, et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (The order denies petitioner's motion in a proceeding to change the burial spot of a body in a cemetery.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

CHARLES W. RUSSELL, Respondent, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 2, TOWN OF GEDDES, ONONDAGA COUNTY, Appellant.— Motion for reargument denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See ante, p. 841.]

RICHARD APPIER, Respondent, v. GERTRUDE T. MILLION et al., a Partnership Doing Business under the Name of THORNTON COMPANY, et al., Appellants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ. [See ante, p. 848.]